

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2022

No. 04-22-00733-CV

B. Andrew **GAME** DMD, LLC and Bryan A. Game,
Appellants

v.

**BREAKAWAY PRACTICE, LLC**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI06878
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

After the clerk's record was due to be filed in this court, the Bexar County District Clerk notified this court that Appellants have not paid the clerk's fee for preparing the record and Appellants are not entitled to a free clerk's record. *See* TEX. R. APP. P. 35.3(a).

We ORDER Appellants to provide written proof to this court within TEN DAYS of the date of this order that (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellants are entitled to appeal without paying the clerk's fee. *See id.* R. 20.1.

If Appellants fail to respond as ordered, this appeal will be dismissed for want of prosecution without further notice. *See id.* R. 37.3(b).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2022.

MICHAEL A. CRUZ, Clerk of Court